**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Miguel Rivera<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2494<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–20136–SLM | |

## Order of Discharge                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Miguel Rivera

1/28/19                                                   **By the court:**  Stacey L. Meisel
                                                                             United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                      Case No. 17-20136-SLM
Miguel Rivera                                                                               Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 2              Date Rcvd: Jan 28, 2019
                               Form ID: 318             Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 30, 2019.
db           +Miguel Rivera,    743 Nicholas Place,    Rahway, NJ 07065-2642
516830962    +American Coradius International, Inc.,    2420 Sweet Home Road, Suite 150,
               Amherst, NY 14228-2244
516830965    +Banamex USA,    PO Box 688962,    Des Moines, IA 50368-8962
516830976    +Citi Banamex,    2029 Century Park E Fl 4,    Los Angeles, CA 90067-2901
516863034    +KML Law Group, P.C.,    701 Market St.,    Philadelphia, PA 19106-1538
516830983    +Phelan Hallinam & Diamond PC,    400 Fellowship Road,    Suite 100,
               Mount Laurel, NJ 08054-3437

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jan 29 2019 00:36:36     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 29 2019 00:36:32     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
516830963     EDI: HNDA.COM Jan 29 2019 05:03:00     American Honda Finance,   Po Box 168088,
               Irving, TX 75016
516830964    +EDI: WFFC.COM Jan 29 2019 05:03:00     Americas Servicing Co,   P.o. Box 10328,
               Des Moines, IA 50306-0328
516830969     EDI: BANKAMER.COM Jan 29 2019 05:03:00     Bank Of America,   Po Box 982235,
               El Paso, TX 79998
516830968     EDI: BANKAMER.COM Jan 29 2019 05:03:00     Bank Of America,   Attention: Recovery Department,
               4161 Peidmont Pkwy.,   Greensboro, NC 27410
516830971     EDI: BANKAMER2.COM Jan 29 2019 05:03:00     Bank Of America,   Po Box 15168,
               Wilmington, DE 19850
516830967    +EDI: BANKAMER.COM Jan 29 2019 05:03:00     Bank Of America,
               Attn: Correspondence Unit/CA6-919-02-41,    Po Box 5170,   Simi Valley, CA 93062-5170
516830966    +EDI: BANKAMER.COM Jan 29 2019 05:03:00     Bank of Americ,   PO Box 21848,
               Greensboro, NC 27420-1848
516830972    +E-mail/Text: EBN_Greensburg@Receivemorermp.com Jan 29 2019 00:37:40     Berks Credit & Coll,
               900 Corporate Dr,   Reading, PA 19605-3340
516830977     EDI: CITICORP.COM Jan 29 2019 05:03:00     Citibank Usa,
               Citicorp Credit Services/Attn:Centralize,    Po Box 20507,   Kansas City, MO 64195
516830974    +EDI: CHASE.COM Jan 29 2019 05:03:00     Chase,   Attn: Bankruptcy Dept,   Po Box 15298,
               Wilmington, DE 19850-5298
516830973    +EDI: CHASE.COM Jan 29 2019 05:03:00     Chase,   P.o. Box 15298,   Wilmington, DE 19850-5298
516830979    +EDI: DISCOVER.COM Jan 29 2019 05:03:00     Discover Fin Svcs Llc,   Po Box 15316,
               Wilmington, DE 19850-5316
516830980    +EDI: TSYS2.COM Jan 29 2019 05:03:00     Dsnb Bloomingdales,   Macy's Bankruptcy Dept.,
               Po Box 8053,   Mason, OH 45040-8053
516830981    +EDI: FSAE.COM Jan 29 2019 05:03:00     FirstSource Advantage LLC,   PO Box 628,
               Buffalo, NY 14240-0628
516830982    +EDI: MID8.COM Jan 29 2019 05:03:00     Midland Funding,   8875 Aero Dr Ste 200,
               San Diego, CA 92123-2255
516830984    +EDI: SEARS.COM Jan 29 2019 05:03:00     Sears/cbna,   Po Box 6282,   Sioux Falls, SD 57117-6282
516830985    +EDI: VERIZONCOMB.COM Jan 29 2019 05:03:00     Verizon,
               Verizon Wireless Department/Attn: Bankru,    Po Box 3397,   Bloomington, IL 61702-3397
516863030    +EDI: WFFC.COM Jan 29 2019 05:03:00     Wells Fargo Bank,   PO Box 14517,
               Des Moines, IA 50306-3517
                                                                                                TOTAL: 20

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516893252      Aspire, 9 Mutec Drive, Columbus, GA 31907
516856391      Capital One, PO Box 26625, Richmond, VA 23261
516893251      Capital One,POBox26625, Richmond, VA 23261
516893253      Citibank,POBox 790040, St. Louis, MO 63179
516893254      Eastern Account Sys,POBox837,Newton,CT 06470
516856389      PNC Mortgage , PO Box 8703, Dayton, OH 45401
516893250      PNC Mortgage,POBox8703, Dayton, OH 45401
516856392      Thd/cbna, PO Box 6497, Sioux Falls, SD 57117
516856390      Wells Fargo Bank, PO Box 31557, Billings, MT 59107
516830970*    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
              (address filed with court:  Bank Of America,   Attention: Recovery Department,
               4161 Peidmont Pkwy.,   Greensboro, NC 27410)
516830978*    ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
              (address filed with court:  Citibank Usa,   Citicorp Credit Services/Attn:Centralize,
               Po Box 20507,   Kansas City, MO 64195)
516830975*    +Chase,   P.o. Box 15298,   Wilmington, DE 19850-5298
                                                                                   TOTALS: 9, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Jan 28, 2019
                              Form ID: 318             Total Noticed: 26
```

```
            ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 28, 2019 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          John Sywilok    sywilokattorney@sywilok.com, nj26@ecfcbis.com
          Russell L. Low    on behalf of Debtor Miguel  Rivera rbear611@aol.com,
           ecf@lowbankruptcy.com;r57808@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```